App. Div.]　　　　First Department, November, 1914.

In the Matter of Henry P. Dunham, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Maxwell Edgar v. Stuyvesant Fish.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

National Surety Company v. Jules Brouchaud.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Leon Levy, Plaintiff; Nathaniel Rosenberg, Receiver, Respondent, v. Marie M. Wolfe and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Monaton Realty Investing Corporation.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Matter of Phillip Mechlowitz v. Frost, Palmer & Company.— Application granted; conditions upon which stay is to be granted to be determined upon settlement of order. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

James C. McGuire & Company v. H. G. Vogel Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Margaret A. Lynch v. Anna Murphy.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Louis Fontanella v. The New York Central and Hudson River Railroad Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Mutual Life Insurance Company v. Melvin Stephens and Others.— Motion granted; question certified as stated in order. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Everett W. House and Others v. Frederick D. Clayton.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Clarence A. Strouse and Others v. Harry B. Schloss.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

George C. Van Tuyl, as Superintendent, etc., v. Annie N. Alexander, as Executrix, etc., Impleaded.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

William Rupp v. Henry Steiner and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Jacob Rupp, an Infant, v. Henry Steiner and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.